## Commonwealth *v.* Green, Appellant.

818

Submitted December 10, 1973. *Barry H. Denker,* and *Shuman, Denker and Land,* for appellant; *James T. Ranney* and *David Richman,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.